# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

DEMAS WAI YAN　　　　　　　　　　Debtor　　　　　　Bankruptcy Case No. 04-33526 TCJE
aka Dennis Yan
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

JANINA M. ELDER, Trustee　　　　　Plaintiff

　　v.　　　　　　　　　　　　　　　　　　　　　　　Adversary Proceeding No.

547 23rd AVENUE LLC　　　　　　　Defendant　　　**08 3035 TC**

## SUMMONS AND NOTICE OF STATUS CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | U.S. Bankruptcy Court<br>P.O. Box 7341<br>San Francisco, CA 94120-7341 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Joanne LaFreniere<br>Stromsheim & Associates<br>201 California Street, Suite 350<br>San Francisco, CA 94111 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a status conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | United States Bankruptcy Court<br>235 Pine Street<br>San Francisco, CA 94104 | Room | 23rd floor |
|---|---|---|---|
| | | Date and Time | JUN 19 2008 @ 10:00AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.**

　　　　　　　　　　　　　　　　　　　　　　　　GLORIA L. FRANKLIN
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court

APR 17 2008
　　Date　　　　　　　　　　　　　　　　By: ANNA CHO-WONG
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 04-33526 TCJE |
| DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968 | Chapter 7 |
| Debtor | |
| JANINA M. ELDER, Trustee<br>    Plaintiff | AP # 08-3035 TC |
| v. | |
| 547 23RD AVENUE LLC, | |
| Defendant | |

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within case; my business address is 201 California Street, Suite 350, San Francisco, California 94111. On this day I caused to be served the document(s) listed below:

1. **SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING**

2. **COMPLAINT FOR VIOLATION OF AUTOMATIC STAY AND FOR DECLARATORY RELIEF**

3. **ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE**

**3. BDRP INFORMATION SHEET**

on the following parties:

Demas Yan
Officer for 547 23rd Avenue LLC
1433 7th Avenue
San Francisco, CA 94122

Demas Yan
Agent for service of process for
547 23rd Avenue LLC
1433 7th Avenue
San Francisco, CA 94122

by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid, in my firm's service center/mailing department. I am readily familiar with my firm's business practices, wherein all correspondence received for processing by the mailing department will be deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, on April 22, 2008.

          /s/   Malreen Prasad
          Malreen Prasad
          Legal Assistnat