REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 04-33526 TCJE |
| DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968 | Chapter 7 |
| Debtor | |
| JANINA M. ELDER, Trustee<br>    Plaintiff | AP # 08-3035 TC |
| v. | |
| 547 23RD AVENUE LLC, | |
| Defendant | |

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within case; my business address is 201 California Street, Suite 350, San Francisco, California 94111. On this day I caused to be served the document(s) listed below:

**FIRST AMENDED COMPLAINT FOR VIOLATION OF AUTOMATIC STAY; AVOIDANCE OF POST-PETITION TRANSFER, AND FOR DECLARATORY RELIEF**

on the following parties:

| | |
|---|---|
| 1 | Demas Yan<br>Officer for 547 23rd Avenue LLC |
| 2 | 1433 7th Avenue<br>San Francisco, CA 94122 |
| 3 | |
| 4 | Demas Yan<br>Agent for service of process for 547 23rd Avenue LLC |
| 5 | 1433 7th Avenue<br>San Francisco, CA 94122 |
| 6 | by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid, |
| 7 | in my firm's service center/mailing department. I am readily familiar with my firm's business |
| 8 | practices, wherein all correspondence received for processing by the mailing department will be |
| 9 | deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business. |
| 10 | I declare under penalty of perjury that the foregoing is true and correct. |
| 11 | Executed at San Francisco, California, on November 24, 2009. |
| 12 | |
| 13 | /s/ Corinne Cadon<br>Corinne Cadon<br>Secretary |