REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 04-33526 TCJE |
| DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968 | Chapter 7 |
| Debtor | |
| JANINA M. ELDER, Trustee<br>Plaintiff | AP # 08-3035 |
| v.<br>547 23RD AVENUE LLC,<br>Defendant | Status conference rescheduled to:<br>July 23, 2010<br>Time: 9:30 a.m.. |

**NOTICE OF CONTINUED STATUS CONFERENCE**

PLEASE TAKE NOTICE that the status conference set herein for May 10, 2010 at 9:30 a.m., has been continued to **July 23, 2010 at 9:30 a.m.**

DATED: This 6th day of May, 2010.

STROMSHEIM & ASSOCIATES


　/s/　Joanne M. LaFreniere
JOANNE M. LAFRENIERE
Attorneys for JANINA M. ELDER, Trustee