REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. HOSKINS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968<br><br>      Debtor | Case No. 04-33526 TCJE<br><br>Chapter 7 |
| JANINA M. ELDER, Trustee<br>      Plaintiff<br><br>v.<br><br>547 23RD AVENUE LLC,<br><br>      Defendant | AP # 08-3035 |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41(a), plaintiff, Janina M. Hoskins, fka Janina M. Elder, trustee, voluntarily dismisses the above-captioned adversary proceeding without prejudice to re-opening the adversary proceeding if the underlying bankruptcy case is re-opened.

DATED: This 6th day of October, 2011.

STROMSHEIM & ASSOCIATES

    /s/ Joanne LaFreniere
Attorneys for Plaintiff, JANINA M. HOSKINS,
fka Janina M. Elder, Trustee